IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YASMINTHERESA GARSIYYA BEY, )<br> )<br>        Plaintiff, )<br> )<br>        v. )<br> )<br>JUSTICE OF THE PEACE COURT 20, )<br>JOHNATHAN SMICKLO, HUNTER )<br>BOARDLEY, DANIEL DEFLAVIIS, )<br>and STATE OF DELAWARE, )<br> )<br>        Defendants. ) | C.A. No. 24-161 (JLH) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 25th day of June in 2025;

WHEREAS, on May 1, 2025, Magistrate Judge Burke issued a Report and Recommendation (D.I. 15) in this action recommending that the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and that Plaintiff be given leave to file an Amended Complaint as to Defendants Smicklo, Boardley and Deflaviis;

WHEREAS, Plaintiff did not file objections to the Report and Recommendation pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is ADOPTED.

2. Defendants Justice of the Peace Court 20 and State of Delaware are dismissed with prejudice.

3. The Complaint (D.I. 2) is dismissed without prejudice as to Defendants Smicklo, Boardley and Deflaviis pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Plaintiff is granted leave to file an Amended Complaint, as to Defendants Smicklo, Boardley and Deflaviis, on or before July 16, 2025 to correct the deficiencies outlined in the Report and Recommendation.

5. Failure to timely file an Amended Complaint may result in the Clerk of Court closing the case.

_____
The Honorable Jennifer L. Hall
United States District Judge